1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MORRY SELCK,                              No.  2:23-cv-01031-TLN-AC

12                 Plaintiff,

13        v.                                   **ORDER**

14   LAW OFFICES OF BRANDAN
     LEIBROCK AND JOHN GONZALEZ,
15
                  Defendants.
16

17

18        Plaintiff proceeds in this action in pro per.  The matter was referred to a United States

19   Magistrate Judge pursuant to Local Rule 302(c)(21).

20        On June 21, 2023, the magistrate judge filed findings and recommendations herein which

21   were served on Plaintiff, and which contained notice to Plaintiff that any objections to the

22   findings and recommendations were to be filed within twenty-one days.  (ECF No. 7.)  Plaintiff

23   filed objections to the findings and recommendations.  (ECF No. 8.)

24        The Court reviewed the file and finds the findings and recommendations to be supported

25   by the record and by the magistrate judge's analysis.

26   ///

27   ///

28   ///

                                    1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 21, 2023 (ECF No. 7) are ADOPTED IN FULL; and

2. This case is DISMISSED with prejudice for lack of subject matter jurisdiction.

Date:  August 10, 2023

Troy L. Nunley
United States District Judge

2